UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CIV-61502-RAR

**MARK FULTZ**,

     Plaintiff,

v.

**CVS PHARMACY, INC.**, *et al.*,

     Defendants.

_____/

**ORDER ADMINISTRATIVELY CLOSING CASE**

**THIS CAUSE** comes before the Court upon the parties' Joint Status Report [ECF No. 35], filed on November 30, 2020, stating that the parties are "close to [resolving this matter] without the need for further action by this Court." *Id*. at 2. Thus, the parties "ask that this Court . . . administratively close this matter, so that the parties can continue to discuss settlement without incurring litigation costs." *Id*. The Court having carefully reviewed the file, and being otherwise fully advised, it is

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal within **sixty (60) days** of the date of this Order.

2. If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

3. The Clerk shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 30th day of November 2020.

                                                                               _____
                                                                               **RODOLFO A. RUIZ II**
                                                                               **UNITED STATES DISTRICT JUDGE**