UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-61502-RAR

MARK FULTZ ,

    Plaintiff,

v.

CVS PHARMACY, INC.,
and HOLIDAY CVS, L.L.C

    Defendants
_____/

## JOINT STIPULATION OF DISMISSAL

Plaintiff, Mark Fultz, and Defendants, CVS Pharmacy, Inc., and Holiday CVS, L.L.C., by and through their undersigned counsel and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this action with prejudice. In accordance with the parties' November 30, 2020 Joint Status Report (Dkt. 35), the parties hereby represent that they have reached a settlement agreement and ask that the telephonic status conference that is currently scheduled for February 1, 2021 at 10:00 a.m. be cancelled.

Respectfully submitted January 29, 2021.

| | |
|---|---|
| /s/ Anthony J. Brady, Jr. | /s/ Antoinette Theodossakos |
| Anthony J. Brady, Jr., Esq. | Antoinette Theodossakos, Esq. |
| Florida Bar No. 100366 | Florida Bar No. 178608 |
| Ladbrady@gmail.com | antoinette.theodossakos@saul.com |
| 604 Banyan Trail, | susan.brown@saul.com |
| P.O.Box 811362 | wpb-ctdocs@saul.com |
| Boca Raton, FL 33431 | Saul Ewing Arnstein & Lehr LLP |
| Telephone: 561-603-6387 | 515 North Flagler Drive, Suite 1400 |
| | West Palm Beach, FL 33401 |
| *Counsel for Plaintiff* | Phone: 561-833-9800 |
| | Fax: 561-655-5551 |
| | *Counsel for Defendants Holiday CVS L.L.C. and CVS Pharmacy, Inc.* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of January, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

        s/ Antoinette Theodossakos
Antoinette Theodossakos, Esq.
Florida Bar No. 178608
antoinette.theodossakos@saul.com
susan.brown@saul.com
wpb-ctdocs@saul.com
Saul Ewing Arnstein & Lehr LLP
515 North Flagler Drive, Suite 1400
West Palm Beach, FL 33401
Phone:  561-833-9800
Fax:  561-655-5551
*Counsel for Defendants*

## SERVICE LIST

Anthony J. Brady, Jr., Esq.
604 Banyan Trail,
P.O. Box 811362
Boca Raton, FL 33431
Ladbrady@gmail.com
*Counsel for Plaintiff*