**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-CIV-61502-RAR**

**MARK FULTZ**,

    Plaintiff,

v.

**CVS PHARMACY, INC.**, *et al.*,

    Defendants.
_____/

**ORDER OF DISMISSAL**

**THIS CAUSE** comes before the Court upon the parties' Joint Stipulation for Dismissal [ECF No. 38] ("Joint Stipulation"). The Court having reviewed the Joint Stipulation, the record, and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED** *with prejudice*. For clarity, the Telephonic Status Conference scheduled for February 1, 2021 at 10:00 A.M. [ECF No. 37] is hereby **CANCELED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 31st day of January, 2021.

                                                        **RODOLFO A. RUIZ II**
                                                        **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record